**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | x | |
| LOUISE CLARK, | : | No: 1:17-cv-04895-LDH-LB |
| Plaintiff, | : | |
| | : | |
| -against- | : | ECF Case |
| | : | |
| MELVIN CHILDS, OCCC VISUAL | : | **NOTICE OF ENTRY OF** |
| AND PERFORMING ARTS CENTER THEATRE, | : | **APPEARANCE** |
| OLYMPIA ENTERTAINMENT, and | : | |
| "JOHN DOE ENTITIES" 1-10 and | : | |
| "JOHN DOES" 1-10, | : | |
| Defendants. | | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | x | |

To the Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE** that Christopher P. Beall, undersigned counsel with Fox Rothschild LLP, hereby enters his appearance in this civil action on behalf of Defendant Melvin Childs. Any and all further correspondence directed to these entities regarding this civil action, and any pleadings or other filings in this action, may be served on undersigned counsel at the address below:

Christopher P. Beall
Fox Rothschild LLP
101 Park Avenue, 17th Floor
New York, NY 10178
Tel. (646) 601-7635
Fax. (212) 692-0940
cbeall@foxrothschild.com

Dated: September 8, 2017
New York City, New York

Respectfully submitted,

FOX ROTHSCHILD LLP

By: */s Christopher P. Beall*

Christopher P. Beall
101 Park Avenue, 17th Floor
New York, NY 10178
Tel. (646) 601-7635
Fax. (212) 692-0940
cbeall@foxrothschild.com

*Counsel for Melvin Childs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of September, 2017, a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE** was filed with the Court through the ECF system, which generates an electronic notice of service by email delivery to all counsel of record.

*s/ Christopher P. Beall*
Christopher P. Beall